NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRUVERIS, INC.,**

*Plaintiff-Appellant*

**v.**

**SKYSAIL CONCEPTS, LLC, DBA SKYSAIL RX, LLC,**

*Defendant-Appellee*

---

2023-1024

---

Appeal from the United States District Court for the Northern District of Ohio in No. 1:21-cv-01262-BMB, Judge Bridget M. Brennan.

---

**JUDGMENT**

---

STEVEN SCHORTGEN, Sheppard Mullin Richter & Hampton LLP, Dallas, TX, argued for plaintiff-appellant. Also represented by JENNIFER AYERS; TODD E. LUNDELL, Costa Mesa, CA; JESSE A. SALEN, San Diego, CA.

WILLIAM MEUNIER, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., Boston, MA, argued for defendant-appellee. Also represented by SAMUEL DAVENPORT, WILLIAMS DIXON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CLEVENGER, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 3, 2024
Date

Jarrett B. Perlow
Clerk of Court